IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-03107-02-CR-S-MDH |
| ) | |
| GARY LEE GRAVES JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant Graves is granted permission to travel to San Lucas and Ensenada Mexico as described in the Status Report from Probation Officer Graves [Doc. 89] between May 29, 2024 and June 5, 2024. Government unopposed.

**IT IS SO ORDERED**.

DATED: May 24, 2024        */s/ Douglas Harpool*
                          **DOUGLAS HARPOOL**
                          **UNITED STATES DISTRICT JUDGE**